**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:16-cv-450-JRG |
| | § | |
| CITIBANK N.A. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:15-cv-598-JRG |
| | § | |
| FALCON SAFETY PRODUCTS, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice Defendant Falcon Safety Products, Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims are dismissed without prejudice.

**So ORDERED and SIGNED this 25th day of August, 2016.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE